# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

THOMAS MCDONOUGH,

        Petitioner

        v.

COMMON OF PLEAS COURT OF PHILADELPHIA,

        Respondent

: No. 51 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Application for an Immediate Hearing and the Petition for Writ of Mandamus are **DENIED**.